JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
tony.lopez@usdoj.gov

JOHN C. GERARDI
Trial Attorney
U.S. Department of Justice, Tax Division
Western Criminal Enforcement Section
4 Constitution Square
150 M Street, N.E.
Washington, D.C. 20002
Phone: (202) 718-2190
john.gerardi2@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CANDIES GOODE-MCCOY,<br>    aka "Candies King Elliott,"<br>    aka "Candies Ecola Smith,"<br><br>Defendant. | Case No. 2:25-cr-00006-JAD-NJK<br><br>**CRIMINAL INFORMATION**<br><br>**VIOLATION:**<br>Conspiracy to Defraud the Government with Respect to Claims – 18 U.S.C. § 286 |

THE UNITED STATES ATTORNEY CHARGES THAT:

/ / /

/ / /

/ / /

FILED

FEB 1 3 2025

US DISTRICT COURT
DISTRICT OF NEVADA

<u>COUNT ONE</u>
Conspiracy to Defraud the Government with Respect to Claims
(18 U.S.C § 286)

Beginning on a date unknown, but no later than in or around June 2022, and continuing through in or about September 2023, within the State and Federal District of Nevada and elsewhere,

CANDIES GOODE-MCCOY,
aka "Candies King Elliott,"
aka "Candies Ecola Smith,"

defendant herein, knowingly and unlawfully agreed, combined, and conspired with others to defraud the Internal Revenue Service and the United States Department of Treasury, by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims, specifically refundable tax credits including Employee Retention Credits and Sick and Family Leave Credits, made to the IRS through the filing of false, fictious, and fraudulent Forms 941, Employer's Quarterly Federal Tax Return, all in violation of Title 18, United States Code, Section 286.

DATED this 7th day of January, 2025.

JASON M. FRIERSON
United States Attorney



RICHARD ANTHONY LOPEZ
Assistant United States Attorney

JOHN C. GERARDI
Trial Attorney
U.S. Department of Justice, Tax Division

2